JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON EDWARD STAPLETON, | No. CV 10-9598-CAS (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| LELAND McEWEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 23, 2013

_____
CHRISTINA A. SNYDER
United States District Judge